United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND BARBUSH,                    )      No. C-06-7214 SC
                                    )
                                    )
          Plaintiff,                )
                                    )      ORDER OF
     v.                             )      DISQUALIFICATION
                                    )
BRITISH AIRWAYS PLC, et al.         )
                                    )
                                    )
          Defendant.                )
                                    )
_____ )

     I, the undersigned Judge of the Court, finding myself
disqualified in the above-entitled action within the meaning of
General Order 44(E)(2) of the Assignment Plan of this Court,
request that this case be reassigned.

     **IT IS SO ORDERED.**

     Dated: November 22, 2006


                                    _____
                                    UNITED STATES DISTRICT JUDGE